# EXHIBIT A
# (UNDER SEAL)